UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KEVIN P. MAHONEY and )
PAULETTE R. MAHONEY )
        Plaintiffs, )
        vs. ) Civil Action No. **10-12230**
)
BANK OF AMERICA, N.A. )
        Defendant. )
)

## PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

COMES NOW, the Plaintiff, and hereby files this Motion for Extension of Time to Respond to Defendants Motion to Dismiss and as grounds therefore would show the Court as follows:

1. On or about December 28, 2010, Plaintiff served a summons and complaint on Defendant.

2. On January 18, 2011, it appears that Defendant filed a Motion to Dismiss electronically in the court.

3. A copy of the Defendants Motion to Dismiss was never received by Plaintiffs.

4. On or about January 27, 2011 a Notice of Electronic filing was received by Plaintiffs from the court stating a motion to dismiss was filed and the matter was referred to Leo T. Sorokin.

5. On January 31, 2011, Plaintiff called the court clerk to inquire as to the Motion to Dismiss and the fact that it was not served on Plaintiffs.

6. Court clerk stated he would send a copy to Plaintiffs and that a Motion for an Extension to file an objection would be appropriate in this instance.

7. Plaintiffs, to this date, have not received service of the Defendants Motion to Dismiss.

8. Plaintiffs are not in receipt of the Defendants Motion to Dismiss and respectfully requests an additional fourteen (14) days to file Plaintiffs Objections to the same with the Court.

9. Plaintiffs respectfully request that this Court enter an Order Extending the Time for it to file its Objections to Defendants Motion to Dismiss.

WHEREFORE, Plaintiffs respectfully request this Honorable Court enter an Order granting Plaintiff an Extension of Time to file its for a period of fourteen (14) days.

Respectfully Submitted,

By: _____
Kevin paul, mahoney

By: _____
Paulette R. Mahoney

### VERIFICATION

I, Kevin paul, mahoney, do affirm that all statements made herein are true and accurate, in all respects, to the best of my knowledge.

_____
Kevin paul, mahoney
365 South Main Street
Attleboro, Massachusetts [02703]

The Person above, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and acknowledged to me that he/she executed the same in his authorized capacity and that by his signature on this instrument who is the person who executed this instrument. I certify under PENALTY OF PERJURY under the laws of this State that the foregoing paragraph is true and correct.
Witness my hand and official seal.

DONNA JEAN WARD
Notary Public
Commonwealth of Massachusetts
Commission Expires
January 13, 2017

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF MASSACHUSETTS

Notary Seal

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## VERIFICATION

I, Paulette R. Mahoney, do swear and affirm that all statements made herein are true and accurate, in all respects, to the best of my knowledge.

*Paulette R. Mahoney*
Paulette R. Mahoney
365 South Main Street
Attleboro, Massachusetts [02703]

The Person above, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and acknowledged to me that he/she executed the same in his authorized capacity and that by his signature on this instrument who is the person who executed this instrument. I certify under PENALTY OF PERJURY under the laws of this State that the foregoing paragraph is true and correct.
Witness my hand and official seal.

_____          February 3, 2011
NOTARY PUBLIC IN AND FOR            Date
THE STATE OF MASSACHUSETTS          Notary Seal

DONNA JEAN WARD
Notary Public
Commonwealth of Massachusetts
My Commission Expires
January 13, 2017

*********************************************

## CERTIFICATE OF SERVICE

on the 3 day of February, 2011, I, Kevin paul, affirm that I have served a signed copy of this PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS to:

Chad W. Higgins, Goodwin Proctor LLP
Exchange Place, 53 State Street, Boston, MA 02109

First Class Mail and Facsimile #: (617)523-1231

By: _____
Kevin paul, mahoney
365 South Main Street
Attleboro, Massachusetts