UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KEVIN P. MAHONEY and PAULETTE R. MAHONEY,<br><br>       Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA, N.A.,<br><br>       Defendant. | Civil Action No. 10-12230-NG |

**MOTION AND [PROPOSED] ORDER REGARDING EXTENSION
OF TIME FOR DEFENDANT TO SERVE RULE 26(A)(1) INITIAL DISCLOSURES**

Defendant Bank of America, N.A. ("Defendant"), through counsel, moves the Court to extend the time for Defendant to serve its Rule 26(a)(1) initial disclosures for an additional 30 days, or until March 31, 2011. In support of this extension, Defendant states the following:

1. As required by Rule 26(f) and the Court's Scheduling Order, Defendant attempted to meet and confer with Plaintiffs Kevin P. Mahoney and Paulette R. Mahoney ("Plaintiffs") on February 15, 2011.

2. As required by Rule 26(a)(1), Defendant's initial disclosures are due 14 days after the Rule 26(f) conference, or on March 1, 2011.

3. Defendant is attempting to identify individuals with discoverable information regarding Plaintiffs' claims.

4. Defendant's investigation is ongoing and Defendant requires additional time to identify the appropriate individuals.

5. Defendant requests an additional 30 days, or until March 31, 2011, to identify and disclose individuals with discoverable information regarding Plaintiffs' claims.

LIBA/2155959.1

WHEREFORE, the parties respectively request that the Court enter an order consistent with the relief requested herein.  A proposed order is attached for the Court's consideration.

>Respectfully submitted,
>
>BANK OF AMERICA, N.A.,
>
>By its attorneys,
>
>/s/ George Schneider
>George R. Schneider (BBO # 676443)
>Chad Higgins (BBO # 668924)
>GOODWIN PROCTER LLP
>Exchange Place
>53 State Street
>Boston, Massachusetts  02109
>Tel.:  617.570.1000
>Fax:  617.523.1231
>gschneider@goodwinprocter.com
>chiggins@goodwinprocter.com

Dated: February 28, 2011

## LOCAL RULE 7.1(A)(2) CERTIFICATION AND CERTIFICATE OF SERVICE

I hereby certify, pursuant to Local Rule 7.1(A)(2), that I have attempted to confer in good faith with the Plaintiffs regarding this requested extension of time, but have been unable to resolve the issue presented herein.

Further, I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 28, 2011.

>/s/ George R. Schneider