# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN P. MAHONEY and PAULETTE R. MAHONEY ) | Case No.: 1:10-cv-12230-NG |
| Plaintiffs, ) vs. ) | **PETITION FOR WRIT OF HABEAS CORPUS** |
| BANK OF AMERICA, N.A. ) | |
| Defendant ) | |

**PETITION FOR WRIT OF HABEAS CORPUS**

1. COMES NOW the Plaintiff, Kevin P. Mahoney hereinafter referred to as "Petitioner", currently being held in custody at the Donald W. Wyatt Detention Facility in Central Falls, Rhode Island and moves the court to issue a Writ of Habeas Corpus so that the Petitioner will be brought to Courtroom 24 before Magistrate Judge Leo T. Sorokin on March 8, 2011 at 03:15 PM for the Scheduling Conference in the case of Mahoney vs. Bank of America. (Case #1:10-cv-12230-NG).

Respectfully Submitted,

By: _____
Kevin Paul, Mahoney

_____
KATHLEEN M. FONTAINE
AS POA for
KEVIN PAUL MAHONEY

# CERTIFICATE OF SERVICE

It is hereby certified, that on or about the date noted below, the undersigned Notary Public, mailed to:

Clerk of Courts
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS
1 Courthouse Way
Boston, Massachusetts 02210

**CERTIFIED MAIL#: 7010 1870 0000 2668 1546**

Bank of America, n.a.
through its Attorney
George Schneider
Goodwin/Proctor
Exchange Place
Boston, MA 02109

**CERTIFIED MAIL#: 7010 1870 0000 2668 1553**

Christopher P. Moriarty,
U.S. Pretrial Services Officer
U.S. Pretrial Services Office
1 Courthouse Way Suite 1-300
Boston, Massachusetts 02210
Fax: (617) 748-4114

**CERTIFIED MAIL#: 7010 1870 0000 2668 1539**

hereinafter, "Recipient," the documents and sundry papers pertaining to the Recipient, regarding United states district court, district of massachusetts, case no.: 1:10-cv-12230-NG [KEVIN P. MAHONEY and PAULETTE R. MAHONEY AND BANK OF AMERICA, N.A.]

1. **PETITION FOR WRIT OF HABEAS CORPUS**

by Certified Mail No. (referenced above), by placing same in a postpaid envelope properly addressed to Recipient(s) at said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Massachusetts.

_Barbara A. Messier_          3/3/11
Barbara A. Messier, Notary Public          Date
30A Bugbee Street
Plainville, Massachusetts 02762

My commission expires: April 21, 2011          (Seal)

- 2 -